IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk  
Therese Lindblom, Court Reporter

Date: February 1, 2008

Civil Action No. 07–cv–02183–EWN–CBS

*Parties:*

REBECCA FREYRE, and
FERNANDO FREYRE, on behalf of
themselves and all others similarly situated,

    Plaintiffs,

v.

AURORA DAIRY COPORATION, d/b/a
Aurora Organic Dairy,

    Defendant.

*Counsel:*

Harold Haddon, Kenneth Canfield, Saskia
Jordan, and Suzanna Tiftickjian

Daniel Wake, Mark Mester, and Livia Kiser

## COURTROOM MINUTES

**Motion Hearing**

**11:08 a.m.**    Court in session.

Discussion regarding motion to vacate dispositive motions deadline, #38.

Discussion regarding the status of proceedings before the Multi-District Litigation (MDL) panel. Decision will be made by the MDL panel as to consolidation and transfer to Colorado or Missouri.

**ORDERED:  1.    The Joint Motion to Vacate Dispositive Motion Deadline (#38, filed December 7, 2007) is GRANTED.**

**ORDERED: 2.　　Parties shall file a status report beginning March 1, 2008, and every thirty days thereafter.**

Court states that a status conference will probably be held after the MDL panel's decision.

**11:16 a.m.**　　Court in recess.

Hearing concluded.

Total time in court:  00:08